JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>STUARDO NUNFIO, individually and doing business as AN FLATBED TOWING., an entity of unknown form; AN FLATBED TOWING., an entity of unknown form; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:20-cv-02297-FMO-PVC<br><br>**ORDER GRANTING STIPULATION [12] FOR PERMANENT INJUNCTION** |

1  Pursuant to the Stipulation for Permanent Injunction entered into by and
2  between Plaintiff American Automobile Association, Inc. ("Plaintiff"), by and
3  through its counsel, on the one hand, and defendants STUARDO NUNFIO,
4  individually and doing business as AN FLATBED TOWING, and AN FLATBED
5  TOWING, an unregistered fictitious business name for STUADRO NUNFIO, on the
6  other hand.  AAA and Defendants are collectively referred to herein as the "Parties."
7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
8  1.  Defendants, and each of them, their officers, directors, partners, agents,
9  servants, employees, attorneys, confederates, and all persons acting for, with, by,
10  through or under them, and any others within their control or supervision, and all
11  others in active concert or participation with the above, be permanently enjoined
12  from using AAA's famous design mark that features the red "AAA" mark in an oval
13  surrounded by a blue orbit, U.S. Registration No. 5,036,379 (the "AAA Orbit
14  Mark"), and/or the famous design mark that features red and blue arrows on the
15  sides of tow trucks and other emergency services vehicles, U.S. Reg. No. 2,693,460
16  (the "AAA Striping Mark"), used in connection with a number of services, including
17  but not limited to emergency roadside services (collectively, the "AAA Marks") or
18  any other name or mark incorporating Plaintiff's service marks, either alone or in
19  combination with other words or symbols, in the advertising, marketing, sales,
20  distribution, promotion, identification, or in any other manner in connection with
21  emergency roadside services, including but not limited to towing services, and other
22  related services at any locality in the United States;
23  2.  Defendants, and each of them, their officers, directors, partners, agents,
24  servants, employees, attorneys, confederates, and all persons acting for, with, by,
25  through or under them, and any others within their control or supervision, and all
26  others in active concert or participation with the above, be permanently enjoined from
27  using the AAA Marks or any other name or mark incorporating Plaintiff's service
28  marks in any form or manner that would tend to identify or associate defendants'

-2-

2945/017601-0142
15060929 1 a06/01/20

ORDER GRANTING STIPULATION FOR PERMANENT
INJUNCTION

Rutan & Tucker LLP
attorneys at law

businesses or services with Plaintiff in the marketing, sale, distribution, promotion, advertising, identification, or in any other manner in connection with any business, including by defendants placing the AAA Marks on any service vehicle, using the AAA Marks in internet advertising, or offering AAA discounts;

3. Defendants, and each of them, their officers, directors, partners, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through or under them, and any others within their control or supervision, and all others in active concert or participation with the above, be enjoined during the pendency of this action and permanently thereafter from representing to anyone (either orally or in writing) that their businesses are affiliated with Plaintiff in any way or are approved by AAA, including by defendants placing the AAA Marks on any service vehicle, using the AAA Marks in internet advertising, or offering AAA discounts;

4. The Parties have had the opportunity to consult with legal counsel of their choice and are fully informed and aware of the legal effect and consequences of this Stipulated Injunction;

5. The action is dismissed. The Court shall retain jurisdiction to enforce the provisions set forth in this injunction.

**IT IS SO ORDERED**.

Dated: June 1, 2020

/s/
Hon. Fernando M. Olguin
United States District Court Judge